U.S. Bankruptcy Court (Houston)
515 Rusk Avenue
Houston, Tx  77002

**UNITED STATES BANKRUPTCY COURT**

Southern District of Texas

Case Number: 95-42062 lzc

IN RE(NAME OF DEBTOR)

Roy R Rodgers, 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
Barbara L Rodgers, 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

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

SEP 0 6 1993

## DISCHARGE OF DEBTOR

Michael N. Milby, Clerk

It appears that a petition commencing a case under title 11, United States Code, was filed by or against the person named above on 03/21/95, and that an order for relief was entered under chapter 7 and that no complaint objecting to the discharge of the debtor was filed within the time fixed by the court [or that a complaint objecting to discharge of the debtor was filed and, after due notice and hearing, was not sustained];

**IT IS ORDERED THAT:**

1. The above-named debtor is released from all dischargeable debts.

2. Any judgment heretofore or hereafter obtained in any court other than this court is null and void as a determination of the personal liability of the debtor with respect to any of the following:

    (a) debts dischargeable under 11 U.S.C. Sec. 523;

    (b) unless heretofore or hereafter determined by order of this court to be nondischargeable, debts alleged to be excepted from discharge under clauses (2),(4), (6) and (15) of 11 U.S.C. Sec. 523(a);

    (c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void by paragraph 2 above are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the above-named debtor.

Dated:  9/ 6/95

BY THE COURT

*[signature]*

Letitia Z. Clark
United States Bankruptcy Judge

0028

8

Bancap Discharge Form 6/14/93